UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Tom Martinez
Plaintiff,

v.                                          Civil Action No._____

United States of America,
Defendant.

COMPLAINT FOR DAMAGES

UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff Tom Martinez, for its complaint against Defendant United States of America, alleges as follows:

1. JURISDICTION AND VENUE
2. This is a civil action for money damages against the United States under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671–2680.
3. The acts and omissions giving rise to this claim were committed by employees of U.S. Customs and Border Protection ("CBP"), an agency of the United States, while acting within the scope of their employment.
4. Venue is proper in this Court pursuant to 28 U.S.C. §1402(b) because the events giving rise to this claim occurred within this judicial district and/or Plaintiff resides in this district.
5. PARTIES
6. Plaintiff Tom Martinez is an individual with its principal place of business in Mission, Texas.
7. Defendant is the United States of America.
8. ADMINISTRATIVE CLAIM
9. Plaintiff filed an administrative claim for damages with U.S. Customs and Border Protection pursuant to the Federal Tort Claims Act.
10. The claim described the losses arising from CBP's detention and handling of Plaintiff's imported tobacco shipments.
11. The claim was denied by the agency on or about September 11, 2025.
12. This action is filed within six (6) months of the date of the denial of the administrative claim.
13. FACTUAL ALLEGATIONS
14. Plaintiff imported multiple shipments of tobacco products that were entered into a bonded warehouse under applicable customs procedures.
15. U.S. Customs and Border Protection detained four separate shipments of tobacco belonging to Plaintiff.
16. CBP failed to provide complete or proper detention notices for all shipments and did not issue seizure notices or redelivery notices.

United States District Court
Southern District of Texas
FILED

MAR 06 2026

Nathan Ochsner, Clerk

17. The shipments remained detained for an extended period of time without resolution.
18. As a result of the prolonged detention and lack of proper action by CBP, the tobacco products deteriorated and became commercially worthless.
19. Plaintiff suffered substantial financial losses as a direct and proximate result of the actions and omissions of CBP employees.
20. CLAIM FOR RELIEF – NEGLIGENCE (FTCA)
21. Plaintiff realleges the preceding paragraphs as if fully set forth herein.
22. Employees of the United States, including officers and agents of CBP, owed a duty to exercise reasonable care in the handling, detention, and processing of Plaintiff's imported merchandise.
23. The employees of the United States breached this duty by improperly detaining Plaintiff's property and failing to process or resolve the detention within a reasonable period of time.
24. As a direct and proximate result of this negligence, Plaintiff's tobacco shipments deteriorated and lost all commercial value.
25. Plaintiff suffered damages in an amount of approximately $13,800,000.00, which does not exceed the amount claimed in the administrative claim filed with CBP.
26. DAMAGES
27. Plaintiff seeks compensation for the value of the lost tobacco shipments and related damages in the amount of $13,800,000.00.
28. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant United States of America;

B. Award damages in the amount of $13,800,000.00;

C. Award costs of suit; and legal fees.

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Tom Martinez
2602 Santa Erica
Mission, Texas 78572
Tel. (956)240-5900
Email. Tom.martinez@outlook.com

Plaintiff, Pro Se